### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>RAMON SANCHEZ-ROSADO,<br>Defendant. | CRIMINAL NO. 97-020(PG) |

### **INFORMATIVE MOTION WITH REGARD TO ABSENCE FROM JURISDICTION**

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by its attorneys and very respectfully states and prays as follows:

1. The case at bar stands as an active case before the court.

2. The undersigned Assistant U.S. Attorney informs that he will be away from the jurisdiction attending to personal and family matters from May 8 through May 14, 2007.

3. It is respectfully requested from this Honorable Court to schedule the trial or any other proceeding during the period that will not conflict with the undersigned periods of absence.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 24th day of April, 2007.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

s/Warren Vázquez
Warren Vázquez - 125413
Assistant U. S. Attorney
Deputy Chief, Criminal Division
Torre Chardón, Suite 1201
350 Carlos Chardón Street
Hato Rey, Puerto Rico  00918
Tel. (787) 766-5656
Email: warren.vazquez@usdoj.gov

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel(s) for each of the defendant(s).

At San Juan, Puerto Rico, this 24th day of April, 2007.

                                                    s/Warren Vázquez
                                                    Assistant U.S. Attorney
                                                    Deputy Chief, Criminal Division